**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6953**

OCTAVIOUS EDWARD ELMORE,

        Plaintiff - Appellant,

    and

S.J.I.,

        Plaintiff,

    v.

MECKLENBURG COUNTY COURTHOUSE; MECKLENBURG COUNTY SHERIFF'S DEPARTMENT, Individual and Official Capacity; GARY MCFADDEN, Individual and Official Capacity; LISA CRUMP MCDANIEL, Individual and Official Capacity; JOHNNY JENNINGS, Individual and Official Capacity; SPENCER MERRIWEATHER, III, Individual and Official Capacity; LEGAL AID OF NORTH CAROLINA, INC.; KATIE MCABEE, Individual and Official Capacity; JASMINE ALICIA IVEY, Individual Capacity; CHARLOTTE MECKLENBURG POLICE DEPARTMENT, In their Official Capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:23-cv-00036-MR)

Submitted:  December 14, 2023                    Decided:  December 19, 2023

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Octavious Edward Elmore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Octavious Edward Elmore appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Elmore v. Mecklenburg Cnty. Courthouse*, 3:23-cv-00036-MR (W.D.N.C. Aug. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
